**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leonid Falberg, as representative of a class of similarly situated persons, and on behalf of The Goldman Sachs 401(k) Plan,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>The Goldman Sachs Group, Inc., The Goldman Sachs 401(k) Plan Retirement Committee, and John Does 1-20,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-09910-ER<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

The application is  _x_  granted
　　　　　　　___ denied

_____
Edgardo Ramos, U.S.D.J.
Dated: 11/10/2021
New York, New York

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Section 3(ii) of the Court's Individual Practices, Plaintiff Leonid Falberg ("Plaintiff") hereby moves this Court for an order allowing him to file the following materials under seal in connection with his Motion to Compel Production of Documents Designated as Privileged.

1. An unredacted Memorandum of Law in Support of Plaintiff's Motion to Compel Production of Documents Designated as Privileged (which references material designated as "Confidential" by Defendants);[1]

2. An unredacted Declaration of Kai Richter in Support of Plaintiffs' Motion to Compel Production of Documents Designated as Privileged (which references material designated as "Confidential" by Defendants);[2]

---

[1] Plaintiff intends to publicly file a redacted version of the Memorandum that omits references to material designated as "Confidential" by Defendants.

[2] Plaintiff intends to publicly file a redacted version of the Declaration that omits references to material designated as "Confidential" by Defendants.

1

3. The following exhibits to the Declaration of Kai Richter that contain material designated as confidential by Defendants pursuant to the Protective Order in his action (ECF No. 48): 1-5, 7-15.

Plaintiff takes no position on whether these materials have been properly designated as confidential by Defendants, and it shall be Defendants' obligation to support this motion as the parties who designated the underlying material "Confidential."

WHEREFORE, subject to Defendants making the necessary showing required by the Court's Standing Order, Plaintiff respectfully requests that this Court enter an order allowing him to file the aforementioned materials under seal in connection with his Motion to Compel Production of Documents Designated as Privileged.

Respectfully Submitted,

Dated: November 9, 2021  **NICHOLS KASTER, PLLP**

s/Kai Richter
Kai Richter, MN#0296545*
Michele R. Fisher, NY#MF4600
Paul J. Lukas, MN#22084X*
Brock J Specht, MN#0388343*
Ben Bauer, MN#0398853*
4700 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
krichter@nka.com
mfisher@nka.com
lukas@nka.com
bspecht@nka.com
bbauer@nka.com

*appearing *pro hac vice*

-and-

        MKLLC LAW
        Major Khan, NY#2643625
        1120 Avenue of the Americas, 4th Floor
        New York, NY 10036
        Telephone: 646-546-5664
        Facsimile: 646-546-5755
        mk@mk-llc.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated:  November 9, 2021        <u>s/Kai Richter</u>
                                             Kai Richter