**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leonid Falberg, as representative of a class of similarly situated persons, and on behalf of The Goldman Sachs 401(k) Plan,<br><br>               Plaintiff,<br>v.<br><br>The Goldman Sachs Group, Inc., The Goldman Sachs 401(k) Plan Retirement Committee, and John Does 1-20,<br><br>               Defendants. | Case No. 1:19-cv-09910-ER<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE LETTER BRIEF UNDER SEAL**<br><br>The application is  __x__  granted<br>                              ____ denied<br><br>_____<br>Edgardo Ramos, U.S.D.J.<br>Dated: 02/15/2022<br>New York, New York |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Section 3(ii) of the Court's Individual Practices, Plaintiff Leonid Falberg ("Plaintiff") hereby moves this Court for an order allowing him to file his response to Defendants' pre-motion letter regarding a proposed summary judgment motion ("SJ Letter Response") under seal.[1] In the meantime, Plaintiff is filing a redacted copy of this SJ Letter Response on the public record via ECF.

Plaintiff seeks to file this SJ Letter Response under seal because portions of the SJ Letter Response reference documents (or information contained in documents) that Defendants have designated as "Confidential" pursuant to the Protective Order entered in this action. *See ECF No. 48.* Plaintiff takes no position on whether such documents have been properly designated as Confidential by Defendants, and it shall be Defendants' obligation to support this motion as the parties who designated the underlying material "Confidential."

---

[1] This motion is specific to Plaintiff's letter addressing Defendants' summary judgment arguments. Plaintiff does ***not*** seek to file his separate letter addressing Defendants' *Daubert* arguments under seal.

1

WHEREFORE, subject to Defendants making the necessary showing, Plaintiff respectfully requests that this Court enter an order allowing him to file his SJ Letter Response under seal.

Respectfully Submitted,

Dated: February 9, 2022  **NICHOLS KASTER, PLLP**

s/Kai Richter
Kai Richter, MN#0296545*
Michele R. Fisher, NY#MF4600
Paul J. Lukas, MN#22084X*
Brock J Specht, MN#0388343*
Ben Bauer, MN#0398853*
4700 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
krichter@nka.com
mfisher@nka.com
lukas@nka.com
bspecht@nka.com
bbauer@nka.com

*appearing *pro hac vice*

-and-

MKLLC LAW
Major Khan, NY#2643625
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
Telephone: 646-546-5664
Facsimile: 646-546-5755
mk@mk-llc.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated:  February 9, 2022                    <u>s/Kai Richter</u>
                                            Kai Richter