UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Leonid Falberg, as representative of a class of similarly situated persons, and on behalf of the Goldman Sachs 401(k) Plan,

        Plaintiff,

v.

The Goldman Sachs Group, Inc., The Goldman Sachs 401(k) Plan Retirement Committee, and John Does 1-20,

        Defendants.

**ORDER TO MODIFY VIEWING LEVEL**

19 Civ. 9910 (ER)

---

RAMOS, D.J.

The parties having proposed no redactions to the Court's February 14, 2022 Opinion and Order (Doc. 163), the Court respectfully directs the Clerk of Court to modify the viewing level for Doc. 163 to the public viewing level.

    It is SO ORDERED.

Dated:  February 22, 2022
        New York, New York

_____
Edgardo Ramos, U.S.D.J.