IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
: 
Leonid Falberg, as representative of a :
class of similarly situated persons, and :
on behalf of The Goldman Sachs 401(k) :
Plan, :
:
               Plaintiff, :   Civil Case No. 1:19-cv-09910-ER
:
        - against - :
:
The Goldman Sachs Group, Inc., The :
Goldman Sachs 401(k) Plan Retirement :
Committee, and John Does 1–20, :
:
              Defendants. :
:
------------------------------- x

**NOTICE OF DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, the undersigned Defendants, upon the accompanying (i) Memorandum of Law in Support of Their Motion for Summary Judgment, (ii) Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment, and (iii) Declaration of Thomas C. White and the exhibits thereto, all dated February 28, 2022, hereby move this Court, before the Honorable Judge Edgardo Ramos, United States District Judge for the Southern District of New York—Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, Courtroom 619—for an Order granting Defendants summary judgment and dismissing all claims asserted in Plaintiff's Complaint (ECF No. 1) with prejudice.

-2-

Dated: New York, New York
February 28, 2022

/s/ *Richard C. Pepperman II*
Richard C. Pepperman II
Thomas C. White
Mark A. Popovsky
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: 212-558-4000
Facsimile: 212-558-3588
peppermanr@sullcrom.com
whitet@sullcrom.com
popovskym@sullcrom.com

*Attorneys for Defendants*