**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leonid Falberg, as representative of a class of similarly situated persons, and on behalf of The Goldman Sachs 401(k) Plan,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>The Goldman Sachs Group, Inc., The Goldman Sachs 401(k) Plan Retirement Committee, and John Does 1-20,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-09910-ER<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>The application is __x__ granted<br>　　　　　　　____ denied<br><br>_____<br>Edgardo Ramos, U.S.D.J.<br>Dated: 04/04/2022<br>New York, New York |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Section 3(ii) of the Court's Individual Practices, Plaintiff Leonid Falberg ("Plaintiff") hereby moves this Court for an order allowing him to file the following materials under seal in connection with his Motion for Partial Summary Judgment:

1. An unredacted Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment (which references material designated as "Confidential" by Defendants")[1];

2. An unredacted Plaintiff's Local Rule 56.1 Statement of Material Facts; and

3. The following exhibits to the Declaration of Ben Bauer that contain material, or mentions to material, designated as confidential by Defendants pursuant to the Protective Order in his action (*ECF No. 48*): 4, 6-18, 21-28.

---

[1] Plaintiff intends to publicly file a redacted version of the Memorandum that omits references to material designated as "Confidential" by Defendants.

1

On March 24, 2022, Plaintiff requested Defendants' permission to publicly file the materials in question, but Defendants declined to grant such permission. Plaintiff takes no position on whether these materials have been properly designated as confidential by Defendants, and it shall be Defendants' obligation to support this motion as the parties who designated the underlying material "Confidential."

WHEREFORE, subject to Defendants making the necessary showing, Plaintiff respectfully requests that this Court enter an order allowing him to file the aforementioned materials under seal in connection with his Motion for Partial Summary Judgment.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: March 25, 2022 | **NICHOLS KASTER, PLLP** |
|  | s/Brock J. Specht<br>Brock J Specht, MN#0388343*<br>Michele R. Fisher, NY#MF4600<br>Paul J. Lukas, MN#22084X*<br>Ben Bauer, MN#0398853*<br>4700 IDS Center, 80 South 8th Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 256-3200<br>Facsimile: (612) 338-4878<br>bspecht@nka.com<br>mfisher@nka.com<br>lukas@nka.com<br>bbauer@nka.com |
|  | *appearing *pro hac vice* |
|  | -and- |
|  | MKLLC LAW<br>Major Khan, NY#2643625<br>1120 Avenue of the Americas, 4th Floor<br>New York, NY 10036<br>Telephone: 646-546-5664<br>Facsimile: 646-546-5755<br>mk@mk-llc.com |