**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leonid Falberg, as representative of a class of similarly situated persons, and on behalf of The Goldman Sachs 401(k) Plan,<br><br>  Plaintiff,<br>v.<br><br>The Goldman Sachs Group, Inc., The Goldman Sachs 401(k) Plan Retirement Committee, and John Does 1-20,<br><br>  Defendants. | Case No. 1:19-cv-09910-ER<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

The application is __x__ granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J.
Dated: __04/04/2022__
New York, New York

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Section 3(ii) of the Court's Individual Practices, Plaintiff Leonid Falberg ("Plaintiff") hereby moves this Court for an order allowing him to file the following document under seal in connection with his opposition to Defendants' Motion to Exclude Certain Opinions of Dr. Brian C. Becker:

1. An unredacted Memorandum in Opposition to Defendants' Motion to Exclude Certain Opinions of Dr. Brian C. Becker (which references material designated as "Confidential" by Defendants")[1].

On March 24, 2022, Plaintiff requested Defendants' permission to publicly file the materials in question, but Defendants declined to grant such permission. Plaintiff takes no position on whether these materials have been properly designated as confidential by Defendants, and it

---

[1] Plaintiff intends to publicly file a redacted version of the Memorandum that omits references to material designated as "Confidential" by Defendants.

1

shall be Defendants' obligation to support this motion as the parties who designated the underlying material "Confidential."

WHEREFORE, subject to Defendants making the necessary showing, Plaintiff respectfully requests that this Court enter an order allowing him to file the aforementioned materials under seal in connection with his response to Defendants' Motion to Exclude Certain Opinions of Dr. Brian C. Becker.

                                                Respectfully Submitted,

Dated: March 28, 2022                 **NICHOLS KASTER, PLLP**

                                                <u>s/Brock J. Specht</u>
Brock J Specht, MN#0388343*
Paul J. Lukas, NY#4522207
Ben Bauer, MN#0398853*
4700 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
bspecht@nka.com
lukas@nka.com
bbauer@nka.com

*appearing *pro hac vice*

-and-

MKLLC LAW
Major Khan, NY#2643625
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
Telephone: 646-546-5664
Facsimile: 646-546-5755
mk@mk-llc.com

ATTORNEYS FOR PLAINTIFF