UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Leonid Falberg, as representative of a class of similarly situated persons, and on behalf of the Goldman Sachs 401(k) Plan,

                             Plaintiff,

         -against-                                              19 **CIVIL** 9910 (ER)

                                                                     **JUDGMENT**

The Goldman Sachs Group, Inc., The Goldman Sachs 401(k) Plan Retirement Committee, and John Does 1-20,

                             Defendants.

------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 14, 2022, Defendants' motion for summary judgment is GRANTED and Falberg's motion for partial summary judgment is DENIED. In addition, Falberg's motion to compel documents designated as privileged and Defendants' motions to strike expert opinions and to compel arbitration of certain class members are DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York
            September 15, 2022

                                                                       **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                   **BY:**     *K. Mango*

                                                                          **Deputy Clerk**