UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leonid Falberg, as representative of a class of similarly situated persons, and on behalf of the Goldman Sachs 401(k) Plan,<br><br>                    Plaintiff,<br>       v.<br><br>The Goldman Sachs Group, Inc., The Goldman Sachs 401(k) Plan Retirement Committee, and John Does 1-20,<br><br>                    Defendants. | **ORDER**<br><br>19 Civ. 9910 (ER) |

RAMOS, D.J.

    Having been informed that no redactions are necessary, the Court respectfully directs the Clerk of Court to lift all viewing restrictions from Docs. 256 and 257.

    It is SO ORDERED.

Dated: September 15, 2022
       New York, New York

_____
Edgardo Ramos, U.S.D.J.